UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STEPHEN AND DIANNE LANDON, | Civ. 17-4059 |
| Plaintiffs, | |
| -vs- | STIPULATION FOR DISMISSAL |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COME NOW the parties involved in the above-entitled action and, pursuant to FRCP 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by the parties. Furthermore, the parties agree that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

CADWELL, SANFORD, DEIBERT
& GARRY, LLP

Dated: February 14, 2018    By _____
                            Attorneys for Plaintiffs

200 East 10th Street, Suite 200
Post Office Box 2498
Sioux Falls, SD  57101-2498
Telephone No. 605-336-0828

00220832.WPD / 1                  1

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 2/14/18    By _____
                     Attorneys for Defendant

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
e-mail: Jhieb@rwwsh.com