# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN LANDON and DIANNE LANDON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | 4:17-CV-04059-KES<br><br>JUDGMENT OF DISMISAL |

Based on the parties' stipulation, it is,

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs or attorney's fees awarded to any of the parties.

DATED February 15, 2018.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE